UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------- x

GARNETT STROTHER,

                                                Plaintiff,

                    -against-

CITY OF NEW YORK, et al.,

                                                Defendants.

----------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

15-CV-423 (BMC)

 

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice.

JOSEPH INDUSI, ESQ.
London Indusi LLP
*Attorneys for Plaintiff Garnett Strother*
186 Joralemon Street, Suite 1202
Brooklyn, NY 11201


By: _____
    Joseph Indusi, Esq.
    *Attorney for Plaintiff*


Dated: New York, New York
    APRIL 15, 2015

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-138
New York, New York 10007


By: _____
    Joseph Gutmann
    *Assistant Corporation Counsel*

SO ORDERED:  4/20/15


_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE